UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:  ORDER OF DISMISSAL
   FOR
**Tronox Incorporated**  FAILURE TO PROSECUTE
   BANKRUPTCY APPEAL

-----------------------------------------------------X  21-CV-8511 JPC

FROM: VITO GENNA, CLERK
   UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK

TO: RUBY J. KRAJICK, CLERK
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated  BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/30/2021
APPELLANT: Gwendolyn McDowell-Ferrell
BANKRUPTCY DOCUMENT #: 9537

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

   _X_ FRBP 8009
   ___ Federal Rules of Civil Procedure (Rule _____)
   _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
   ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **June 16, 2022**  Vito Genna, Clerk
New York, New York  U.S. Bankruptcy Court, SDNY

  By: ___s/ Anatin Rouzeau___
   Deputy Clerk

ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ___June 21___ 20__22__
New York, New York  _____
   Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____  Ruby J. Krajick, Clerk
   District Court, SDNY

  By: _____
   Deputy Clerk